

# Fourth Court of Appeals
## San Antonio, Texas

October 29, 2020

No. 04-19-00645-CR

Lonnie Jerome James **ELLISON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR10112C
Honorable Catherine Torres-Stahl, Judge Presiding

# O R D E R

Appellant's counsel filed an *Anders*[1] brief in this appeal. Thereafter, appellant filed two pro se motions. The first motion requests a copy of the appellate record and the second motion requests an extension of time for appellant to file a pro se brief. Appellant's pro se brief was originally due on October 26, 2020.

Appellant's motion for a copy of the appellate record is GRANTED. We ORDER the Clerk of this Court to mail appellant a paper copy of the clerk's record and the reporter's record on or before November 5, 2020. Appellant's motion for an extension of time to file a pro se brief is GRANTED. Appellant's pro se brief, if any, is due on or before **December 18, 2020**. No further extensions will be granted.

_____
Irene Rios, Justice

---

[1] A*nders v. California*, 386 U.S. 738 (1967).

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of October, 2020.



Michael A. Cruz,
Clerk of Court